UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MINNIE ROSE LLC

                      Plaintiff,

    v.

ANNA YU a/k/a/ ANNA YUE, ELVA GREEN             Index: 15-cv-01923 (ER)
CLOTHING COMPANY LTD. a/k/a/ ELVA GREEN
CLOTHING (HK) CO. LTD., and JOHN DOES 1-10,       NOTICE OF MOTION

                  Defendants.

------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon all papers and proceedings heretofore had herein and the accompanying memorandum of law, Defendants Anna Yu a/k/a/ Anna Yue, Elva Green Clothing Company Ltd. a/k/a/ Elva Green Clothing (HK) Co. Ltd. will move this Court before the Honorable Edgardo Ramos at the Courthouse, 500 Peal Street, New York, New York 10007 on a date and time to be designated by the court for an Order to dismiss this action for (1) failure to allege diversity jurisdiction; (2) failure to state a claim; (3) Plaintiff is barred by the statute of frauds; (4) Plaintiff is barred by the statutes of limitations; and (5) Plaintiff is barred by laches.

Dated:  New York, NY
         May 21, 2015

                                              Respectfully submitted,
                                              ___/s/_____
                                              Martin Mushkin (#7921)
                                              Joseph Taub (#1769)
                                              1100 Summer St.
                                              Stamford CT 06905
                                              Tel: 203-252-2357
                                              Fax 203-547-7540
                                              mmushkin@mushkinlaw.com
                                              jtaub@mushkinlaw.com