# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINNIE ROSE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-01923 (ER) |
| ) | |
| ANNA YU, et al., , ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ELVA GREEN, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LISA SHALLER GOLDBERG, et al., ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

## PROPOSED ORDER

Upon consideration of the Motion to Withdraw by Lisa Alexis Jones, Esq., and the record herein, it is hereby

**ORDERED**, that the Motion to Withdraw be and hereby is **GRANTED**. Be it further

**ORDERED**, that the representation of plaintiff and third-party defendant by Lisa Alexis Jones is hereby terminated.

_____
Edgardo Ramos, U.S.D.J
Dated: 9/21/2020
New York, New York

{01019662.DOC;1 }