UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINNIE ROSE LLC,

                        Plaintiff,

          v.

ANNA YU a/k/a ANNA YUE, ELVA GREEN
CLOTHING COMPANY LTD. a/k/a ELVA
GREEN CLOTHING (HK) CO. LTD., and
JOHN DOES 1-10,

                        Defendants.

 

ELVA GREEN CLOTHING (HK) CO.
LIMITED, A/K/A ELVA GREEN CLOTHING
COMPANY LTD. ("ELVA GREEN"),

                        Third-Party Plaintiff,

          v.

LISA SHALLER GOLDBERG and RICHARD
ROES 1-10,

                        Third-Party Defendants.

**<u>ORDER</u>**

15 Civ. 1923 (ER)

<u>RAMOS, D.J.</u>

       The Court scheduled a pre-motion conference on Plaintiffs' request to file a motion for

sanctions.  Counsel for Defendants failed to appear.  The Court will allow Plaintiffs to make the

motion and it will be on the following schedule:

- Motion due on April 5, 2022
- Opposition due on April 26, 2022
- Reply due on May 3, 2022

It is SO ORDERED.

Dated:   March 16, 2022
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.