UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINNIE ROSE, LLC,

          Plaintiff,

– *against* –

ANNA YU a/k/a/ ANNA YUE, ELVA GREEN CLOTHING COMPANY LTD a/k/a/ ELVA GREEN CLOTHING (HK) CO., LTD., and JOHN DOES 1-10,

          Defendants.

**ORDER**

No. 15-cv-1923 (ER)

ELVA GREEN CLOTHING (HK) CO., LTD., a/k/a/ ELVA GREEN CLOTHING COMPANY LTD ("ELVA GREEN"),

          Third-Party Plaintiff,

– *against* –

LISA SHALLER GOLDBERG and JOHN DOES 1-10,

          Third-Party Defendants.

Ramos, D.J.:

On June 11, 2024, Plaintiffs submitted a motion for entry of default against Defendants, and on the same day, the Court ordered that Defendants show cause for default. Docs. 157, 159. On June 12, 2024, Plaintiffs filed a Certificate of Service of the Order to Show Cause. Doc. 160.

At the June 20, 2024, show cause hearing, counsel for Defense did not appear nor had any appearance been entered with the Court. At the hearing, counsel for Plaintiffs, Michael Maloney, indicated that he had spoken with Mr. Mushkin, counsel for Defense, that morning and had been informed that he was now living in an assisted living facility and requests a 30-day extension of time to act. Accordingly, on June 25, 2024, the Court directed Defendants, "one

final time," to have counsel enter an appearance by Monday, July 1, 2024.  Doc. 161.[1]  The Court cautioned that "failure to do so would result in Defendants being deemed in default."  *Id.*  No subsequent appearances have been made.  Plaintiffs are directed to file a proposed order for default judgment by July 15, 2024.

      It is SO ORDERED.

Dated:   July 9, 2024
            New York, New York

                                                                             Edgardo Ramos, U.S.D.J.

---

[1] On June 28, 2024, Maloney filed a certificate of service indicating that Defendants had been served a copy of the Order by overnight mail return receipt requested to their last known address and to defendant Anna Yu's email address, with a copy to Mr. Mushkin.  Doc. 162.