UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINNIE ROSE, LLC,

                    Plaintiff,

          – against –

ANNA YU *a/k/a* ANNA YUE, ELVA GREEN
CLOTHING COMPANY LTD *a/k/a* ELVA
GREEN CLOTHING (HK) CO., LTD., *and*
JOHN DOES 1-10,

                    Defendants.

------------------------------------------------------------

ELVA GREEN CLOTHING (HK) CO., LTD.,
*a/k/a* ELVA GREEN CLOTHING COMPANY
LTD ("ELVA GREEN"),

                    Third-Party Plaintiff,

          -*against*-

LISA SHALLER GOLDBERG *and* JOHN
DOES 1-10,

                    Third-Party Defendants

**ORDER**

15-cv-1923 (ER)

On May 20, 2026, Plaintiff filed a response to Defendants' request for a pre-motion conference on discovery disputes.  Doc. 206.  Defendants are directed to file a reply by May 29, 2026.

The parties are directed to appear for a conference on the discovery disputes on June 1, 2026 at 11:00 a.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    May 22, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.