UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINNIE ROSE, LLC,

Plaintiff,

*– against –*

ANNA YU *A/K/A* ANNA YUE, ELVA GREEN CLOTHING COMPANY LTD *A/K/A* ELVA GREEN CLOTHING (HK) CO., LTD., *and* JOHN DOES 1-10,

Defendants.

15-cv-1923 (ER)

---

ELVA GREEN CLOTHING (HK) CO., LTD., *a/k/a* ELVA GREEN CLOTHING COMPANY LTD ("ELVA GREEN"),

Third-Party Plaintiff,

*-against-*

LISA SHALLER GOLDBERG *and* JOHN DOES 1-10,

Third-Party Defendants

# VERDICT FORM

## Part I: Claims Brought by Minnie Rose

**Question 1:** Has Minnie Rose proven by clear and convincing evidence a claim of fraud against Anna Yu and Elva Green Clothing?

Anna Yu: YES ______ NO ✓

Elva Green Clothing: YES ______ NO ✓

**Question 2:** Has Minnie Rose proven by a preponderance of the evidence a claim of unjust enrichment against Anna Yu and Elva Green Clothing Company?

Anna Yu: YES ______ NO ✓

Elva Green Clothing: YES ______ NO ✓

**<u>Part II: Claims Brought by Elva Green Clothing</u>**

**Question 3:** Has Elva Green Clothing proven by clear and convincing evidence a claim of fraud against Minnie Rose and Lisa Shaller-Goldberg?

Minnie Rose: YES ✓ NO ______

Shaller-Goldberg: YES ✓ NO ______

**Question 4:** Has Elva Green Clothing proven by a preponderance of the evidence a claim of unjust enrichment against Minnie Rose and Lisa Shaller-Goldberg?

Minnie Rose: YES ✓ NO ______

Shaller-Goldberg: YES ______ NO ✓

**Question 5:** Has Elva Green Clothing proven by a preponderance of the evidence a claim of breach of contract against Minnie Rose?

YES ✓ NO ______

**Question 6:** Has Elva Green Clothing proven by a preponderance of the evidence a claim of account stated against Minnie Rose?

YES ✓ NO ______

**Question 7a:** Has Elva Green Clothing proven by a preponderance of the evidence a claim of fraudulent conveyance against Minnie Rose or Lisa Shaller-Goldberg under the theory that a conveyance was made without fair consideration and that Minnie Rose was one of the following:

(i) insolvent or rendered insolvent by the conveyance, (ii) about to engage in a transaction for which its remaining assets were unreasonably small, or (iii) believed it would incur debts beyond its ability to pay.

Minnie Rose: YES ______ NO ✓

Shaller-Goldberg: YES ______ NO ✓

**Question 7b:** Has Elva Green Clothing proven a claim of fraudulent conveyance against Minnie Rose or Lisa Shaller-Goldberg under the theory that the conveyance was made with actual intent to hinder, delay, or defraud creditors? Under this theory, intent must be proven by clear and convincing evidence.

Minnie Rose: YES ______ NO ✓

Shaller-Goldberg: YES ______ NO ✓

**<u>Part III: Damages</u>**

**Question 8:** If you answered yes to any part of Question 1, state the total amount of compensatory damages, if any, that Minnie Rose is entitled to recover for its claim of fraud against Anna Yu and Elva Green Clothing.

$ 0

**Question 9:** If you answered yes to any part of Question 1 and provided compensatory damages in Question 8, state the total amount of punitive damages, if any, that Minnie Rose is entitled to recover from Anna Yu and Elva Green Clothing.

$ 0

**Question 10:** If you answered yes to any part of Question 2, state the total amount of compensatory damages, if any, that Minnie Rose is entitled to recover for its claim of unjust enrichment against Anna Yu and Elva Green Clothing.

*Remember that you cannot award compensatory damages more than once for the same injury. If you have already awarded compensatory damages for the same injury that gives rise to this claim, do not provide compensatory damages.*

$ 0

**Question 11:** If you answered yes to any part of Question 3, state the total amount of compensatory damages, if any, that Elva Green Clothing is entitled to recover for its claim of fraud against Minnie Rose and Lisa Shaller-Goldberg.

$ 1,019,339.81

**Question 12:** If you answered yes to any part of Question 3 and provided compensatory damages in Question 11, state the total amount of punitive damages, if any, that Elva Green Clothing is entitled to recover from Minnie Rose and Lisa Shaller-Goldberg.

$ 0

**Question 13:** If you answered yes to any part of Question 4, state the total amount of compensatory damages, if any, that Elva Green Clothing is entitled to recover for its claim of unjust enrichment against Minnie Rose and Lisa Shaller-Goldberg.

*Remember that you cannot award compensatory damages more than once for the same injury. If you have already awarded compensatory damages for the same injury that gives rise to this claim, do not provide compensatory damages.*

$ ~~1,019,339.81~~

**Question 14:** If you answered yes to Question 5, state the total amount of compensatory damages, if any, that Elva Green Clothing is entitled to recover for its claim of breach of contract against Minnie Rose. If you find that Elva Green Clothing has failed to show any compensatory damages, you must award nominal damages equal to one dollar.

*Remember that you cannot award compensatory damages more than once for the same injury. If you have already awarded compensatory damages for the same injury that gives rise to this claim, do not provide compensatory damages.*

Compensatory Damages: ~~$ 1,019,339.81~~

Nominal Damages: $ ~~[illegible]~~ 0

**Question 15:** If you answered yes to Question 6, state the total amount of compensatory damages, if any, that Elva Green Clothing is entitled to recover for its claim of account stated against Minnie Rose.

*Remember that you cannot award compensatory damages more than once for the same injury. If you have already awarded compensatory damages for the same injury that gives rise to this claim, do not provide compensatory damages.*

$ ~~4,019,339.81~~

**Question 16:** If you answered yes to any part of Question 7a or 7b, state the total amount of compensatory damages, if any, that Elva Green Clothing is entitled to recover for its claim of fraudulent conveyance against Minnie Rose and Lisa Shaller-Goldberg.

*Remember that you cannot award compensatory damages more than once for the same injury. If you have already awarded compensatory damages for the same injury that gives rise to this claim, do not provide compensatory damages.*

$ 0

**Your deliberations are complete, and you have reached a verdict. The foreperson should sign below.**

[signature]
Signature of Foreperson

Date: 8/10/2026