FELICELLO

Michael James Maloney*
Partner

Felicello Law P.C.
366 Madison Avenue FL3
New York, NY 10036
Tel. +1 (212) 584-7806
Direct +1 (646) 564-3510
mmaloney@felicellolaw.com

August 26, 2026

VIA ECF

Hon. Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
Courtroom 619
40 Foley Square
New York, NY 10007

Re: *Minnie Rose, LLC, et al. v. Anna Yu, et al.*, Case No:15-CV-01923 (ER)
Request for Correction to Post-trial motion schedule

Dear Judge Ramos:

Minnie Rose LLC ("Minnie Rose" or "Plaintiff") and Third-Party Defendant Lisa Shaller Goldberg ("Goldberg") (together, the "Minnie Rose Parties") write to respectfully request the Court revise the post-trial motion deadline set by the Court on August 10, 2026 and stated in the Minute Entry dated August 11, 2026. The jury verdict was rendered on August 10, 2026. Immediately thereafter, the Minnie Rose Parties renewed their motion for judgment as a matter of law. Pursuant to the 28-day period provided in Fed. R. Civ. P. 50(b), the Court then set Monday, September 7, 2026 as the date by which the Minnie Rose Parties must file their post-trial motions.

Monday, September 7, 2026, however, is a legal holiday (Labor Day) pursuant to Fed. R. Civ. P. 6(a)(6)(A).[1] Pursuant to Fed. R. Civ. P. 6(a)(1)(C), "the period" for filing Rule 50(b) post-trial motions "continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." *See*, *e.g.*, 9B Fed. Prac. & Proc. Civ. § 2537 n.18.50 (3d ed.), citing *Circuitronix, LLC v. Kinwong Elec. (Hong Kong) Co.*, 993 F.3d 1299, 1304 (11th Cir. 2021). *See also* *Lichtenberg v. Besicorp Grp. Inc.*, 204 F.3d 397, 401 (2d Cir. 2000) (post-judgment motion deadline must be "computed in accordance with Fed.R.Civ.P. 6(a)"); *Fox v. City Univ. of New York*, No. 94 CIV. 4398 (CSH), 1999 WL 97922, at *2 (S.D.N.Y. Feb. 23, 1999) (applying Rule 6(a) to deadlines provided in prior version of Rules 50(b) & 59(e)); *Blake v. Coughlin*, No. 9:92CV1351, 2006 WL 2270383, at *6 (N.D.N.Y. Aug. 8, 2006) (same); *Roe by & through Walker v. Rialto Unified Sch. Dist.*, No. 22-55180, 2023 WL 177635, at *1 (9th Cir. Jan. 13, 2023).

Accordingly, the Minnie Rose Parties respectfully request that the Court's August 11, 2026 minute entry be revised to state that the deadline for the Minnie Rose Parties to file their post-trial motions is September 8, 2026 and that the subsequent dates for opposition and reply papers be revised accordingly. Counsel for Defendants do not oppose this request.

Respectfully submitted,

/s/ Michael James Maloney

Michael James Maloney

[1] *See* https://nysd.uscourts.gov/about/holidays.

*Admitted to practice law in NY

cc:

All counsel of record
*by ECF*